Certificate Number: 05781-CAC-DE-024637979

Bankruptcy Case Number: 14-30076



05781-CAC-DE-024637979

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 2, 2014</u>, at <u>5:04</u> o'clock <u>PM PST</u>, <u>Maria Parra</u> completed a course on personal financial management given <u>by telephone</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>December 2, 2014</u>      By:   <u>/s/Allison M Geving</u>

Name: <u>Allison M Geving</u>

Title: <u>President</u>